

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS, | § | No. 08-24-00125-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| LORENZO JUAREZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCV1835) |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order that costs of the appeal are taxed against the party incurring the same as stated in the joint motion and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JUNE 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.